# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Shawn Anthony Radford,

       Plaintiff(s),                               JUDGMENT IN A CIVIL CASE

vs.                                            3:05cv117-MU-01

Sherwood McCabe,

       Defendant(s).


DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 5/10/2005 Order.


                                              FRANK G. JOHNS, CLERK

May 10, 2005

                                              BY: _____
                                                    Betsy Wallace, Deputy Clerk